BRUCE SCOTT DICKINSON
Nevada Bar No. 002297
MICHAEL HOTTMAN
Nevada Bar No. 008501
STEPHENSON & DICKINSON
2820 W. Charleston Boulevard, Suite 19
Las Vegas, Nevada 89102
Telephone (702) 474-7229
Facsimile: (702) 474-7237

Attorneys for Defendant,
ACCOUNT RECEIVABLE MANAGEMENT
OF FLORIDA, INC.

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| ERNESTO VIBAR, | CASE NO. 2:10-cv-00427-RCJ-RJJ |
|---|---|
| Plaintiff, | |
| | **STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| v. | |
| ACCOUNT RECEIVABLE MANAGEMENT OF FLORIDA, INC., | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant ACCOUNT RECEIVABLE MANAGEMENT OF FLORIDA, INC. and Plaintiff ERNESTO VIBAR ("Plaintiff"), through their respective counsel of record, that Plaintiff shall dismiss, with prejudice the above-entitled

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

1

06347.00/168297          STIPULATION RE DISMISSAL

1  lawsuit in its entirety, as to all parties named therein, pursuant to FRCP 41(a)(1) and local rule 7-
2  1(b). Each party shall bear its own costs and expenses.

4  DATED: October 19, 2010                    **KROHN & MOSS, LTD.**

6  By:/s/ Andrea N. Alexander
   Andrea N. Alexander
7  **KROHN & MOSS, Ltd.**
   231 S. 3rd Street, Suite 285
8  Las Vegas, Nevada 89101
   Tel: (866) 507-4779 ext. 232
9  Fax: (866) 802-0021
   Attorney for Plaintiff, ERNESTO VIBAR

12  DATED: October 19, 2010                    **STEPHENSON & DICKINSON**

14  By: _____
    Bruce Scott Dickinson
15  Michael Hottman
    **STEPHENSON & DICKINSON**
16  2820 W. Charleston Blvd., Suite 19
    Las Vegas, Nevada 89102
17  Tele: (702) 474-7299
    Fax: (702) 474-7237
18  Attorney for Defendant, ACCOUNT
    RECEIVABLE MANAGEMENT OF
19  FLORIDA, INC.

22  IT IS SO ORDERED this 22nd day of October, 2010.

25  _____
    UNITED STATES DISTRICT COURT JUDGE

2

06347.00/168297                              **STIPULATION RE DISMISSAL**